UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CUMING, Individually and as Beneficiary of JOHN W. CUMING IRA and Trustee of CUMING FAMILY GST NON-EXEMPT TRUST, and the WILLIAM R. AND RUTH D. CUMING CHARITABLE FOUNDATION<br><br>　　　　Plaintiffs,<br>v.<br><br>JEFFREY T. RONEY, BOSTON LIGHT ADVISORS, LLC, and CAISSON BREAKWATER GLOBAL OPPORTUNITY FUND, LP<br><br>　　　　Defendants.<br><br>CASTLE SHIELD HOLDINGS, LLC, CASTLE SHIELD INVESTMENTS, LLC, LUMKPKIN'S OF VA, LLC, BALLENGER CREEK FARM, LLC and MAXWELL THATCHER CAPITAL, LLC<br><br>　　　　Reach and Apply Defendants | C.A NO. 1:23-cv-12186 |

## **NOTICE OF APPEARANCE**

Please take note that the undersigned, Emma A. Coppola, hereby enters her appearance as counsel for the Defendants in the above-referenced mater.

Respectfully submitted,

**ARMSTRONG TEASDALE, LLP**

*/s/ Emma A. Coppola*
Jason C. Moreau (BBO# 648678)
John A. Sten (BBO# 629577)
Emma A. Coppola (BBO# 705242)
Armstrong Teasdale, LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 217-2030
jmoreau@atllp.com
jsten@atllp.com
ecoppola@atllp.com

*Counsel for the Defendants*

Dated: September 25, 2023

## CERTIFICATE OF SERVICE

I, Emma A. Coppola, hereby certify that on September 25, 2023, I electronically filed the foregoing Notice of Removal using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Emma A. Coppola*