UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CUMING, Individually and as Beneficiary of JOHN W. CUMING IRA and Trustee of CUMING FAMILY GST NON-EXEMPT TRUST, and the WILLIAM R. AND RUTH D. CUMING CHARITABLE FOUNDATION<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JEFFREY T. RONEY, BOSTON LIGHT ADVISORS, LLC, and CAISSON BREAKWATER GLOBAL OPPORTUNITY FUND, LP<br><br>　　　　Defendants.<br><br>CASTLE SHIELD HOLDINGS, LLC, CASTLE SHIELD INVESTMENTS, LLC, LUMPKIN'S OF VA, LLC, BALLENGER CREEK FARM, LLC and MAXWELL THATCHER CAPITAL, LLC<br><br>　　　　Reach and Apply Defendants | Case No. 1:23-cv-12186 (LTS) |

## JOINT STATUS UPDATE

Pursuant to this Court's May 23, 2024 Order (ECF No. 64), the parties hereby submit the following agreed joint status report updating the Court as to the status of the underlying Court-ordered arbitration proceeding currently pending before the American Arbitration Association ("AAA"), *John W. Cuming, et al. v. Jeffrey T. Roney, et al.,* Case No. 01-24-0002-5145 ("Arbitration Proceeding"). The Arbitration Proceeding hearing on the merits is currently scheduled to begin on October 15, 2024. This case should be stayed pending the outcome of the arbitration.

Respectfully submitted,

| | |
|---|---|
| **ARMSTRONG TEASDALE, LLP** | **CASNER & EDWARDS, LLP** |
| */s/ Jason C. Moreau* | */s/ David Koha* |
| Jason C. Moreau (BBO # 648678) | Edward V. Colbert (BBO # 566187) |
| Emma A. Coppola (BBO # 705242) | David Koha (BBO # 679689) |
| Armstrong Teasdale, LLP | Casner & Edwards, LLP |
| 800 Boylston Street, 30th Floor | 303 Congress Street |
| Boston, MA 02199 | Boston, MA 02210 |
| (617) 217-2030 | (617) 426-5900 |
| jmoreau@atllp.com | colbert@casneredwards.com |
| ecoppola@atllp.com | koha@casneredwards.com |
| | |
| **THE LAW OFFICES OF RICHARD J. CORBI PLLC** | *COUNSEL FOR PLAINTIFFS* |
| */s/ Richard J. Corbi* | |
| Richard J. Corbi (admitted *pro hac vice*) | |
| 1501 Broadway, 12th Floor | |
| New York, NY 10036 | |
| (646) 571-2033 | |
| rcorbi@corbilaw.com | |

*COUNSEL FOR DEFENDANTS*

Dated:  May 30, 2024

## CERTIFICATE OF SERVICE

I, Jason C. Moreau, hereby certify that on May 30, 2024, I electronically filed the foregoing Joint Status Report using the CM/ECF system, which will send notification of such filing to all registered participants.

 */s/ Jason C. Moreau*