**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN W. CUMING, et al.,                )<br>                                                         )<br>        Plaintiffs,                            )<br>v.                                                    )      Case No. 1:23-cv-12186 (LTS)<br>                                                         )<br>BOSTON LIGHT ADVISORS, LLC, et al.,  )<br>                                                         )<br>        Defendants.                        ) | |

### **JOINT STATUS REPORT**

Pursuant to this Court's Order dated January 28, 2025 (ECF No. 66), directing the parties to file a joint status report regarding the status of the arbitration, the parties respectfully submit the following joint status report.

Following the Court's Order compelling arbitration of this dispute on January 26, 2024 (Doc. No. 61), the parties have participated in an arbitration before the American Arbitration Association, Case No. 01-24-0002-5145. The selected arbitrator is T. Christopher Donnelly, Esq and the final evidentiary hearing is scheduled for June 3-4, 2025 in Boston, Massachusetts, which could be rescheduled upon consent by the parties and as approved by the arbitrator. The current arbitration schedule is as follows:

- April 4, 2025:  Deadline to request subpoenas to third parties.

- April 11, 2025:  Deadline to request witness subpoenas and to file exhibit lists.

- April 18, 2025:  Deadline to disclose experts.

- April 25, 2025:  Deadline to file objections to exhibits.

- May 2, 2025:  Deadline to disclose rebuttal experts, submit joint exhibits, and file demonstrative exhibits.

- May 9, 2025:  Deadline to file pre-hearing submissions.

The parties submit that the case should continue to be stayed pending the outcome of the arbitration.

Dated: January 31, 2025

Respectfully submitted,

| | |
|---|---|
| **ARMSTRONG TEASDALE, LLP** | **CASNER & EDWARDS, LLP** |
| */s/ Emma A. Coppola*_____ | */s/ David Koha*_____ |
| Emma A. Coppola (BBO # 705242) | Edward V. Colbert (BBO # 566187) |
| Armstrong Teasdale, LLP | David Koha (BBO # 679689) |
| 7 Times Square, 44th Floor | Casner & Edwards, LLP |
| New York, NY 10036 | 303 Congress Street |
| (212) 209-4400 | Boston, MA 02210 |
| ecoppola@atllp.com | (617) 426-5900 |
| | colbert@casneredwards.com |
| | koha@casneredwards.com |
| **THE LAW OFFICE OF RICHARD J. CORBI PLLC** | *Counsel for Plaintiffs* |
| */s/ Richard J. Corbi*_____ | |
| Richard J. Corbi (admitted pro hac vice) | |
| 104 West 40th Street, 4th Floor | |
| New York, NY 10018 | |
| (646) 571-2033 | |
| rcorbi@corbilaw.com | |
| *Counsel for Defendants* | |

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2025, the above Joint Status Report was filed through the Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

                                                      */s/ Emma A. Coppola*_____